# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2053
_____

MARKEAL DONVELT BYRD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Y. Gay, Judge.

June 10, 2026

PER CURIAM.

AFFIRMED. *See McGlaun v. State*, 420 So. 3d 634, 636 (Fla. 1st DCA 2025) ("Since any error here is harmless, Appellant's HFO sentence is affirmed."); *see also Hicks v. State*, 422 So. 3d 607, 608 (Fla. 1st DCA 2025) (affirming sentence imposed under prison releasee reoffender statute when any error was harmless beyond a reasonable doubt).

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.